```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant JOHNSON
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  No. CR-07-00488 CW
                                        )
12           Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                        )  ORDER CONTINUING STATUS
13  vs.                                 )  HEARING
                                        )
14  ANDRE MATTHEWS, et al.              )  Hearing Dates: March 12 & 19, 2008
                                        )  Requested Date: April 9, 2008
15           Defendant.                 )
    _____)
16
```

17        It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12,

18 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00

19 p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that

20 time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing

21 investigation by defense counsel. Two new discs of electronic discovery have been produced by

22 the government within the week of March 3, 2008, and defense counsel need time to review this

23 material. Approximately 4000 pages of discovery have been previously been produced to

24 defense counsel in electronic form. This electronic discovery has been converted to OCR

25 searchable form by defense counsel and distributed to all defense counsel.

26

Stip to Continue, 07-00488 CW                1

1  The parties agree that the ends of justice served by the continuance requested herein
2  outweigh the best interest of the public and the defendants in a speedy trial because the failure to
3  grant the continuance would deny the counsel for the defendant the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  Time should therefore be
5  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7  03-07-08                                                    /s/
   Date                                                        John Paul Reichmuth
8                                                              Assistant Federal Public Defenders
                                                               Counsel for defendant Johnson
9

10
   03-07-08                                                    /s/
11 Date                                                        Richard Tamor
                                                               Counsel for defendant Bacon
12

13 03-07-08                                                    /s/
   Date                                                        Garrick Lew
14                                                             Counsel for defendant Alexander

15 03-07-08                                                    /s/
   Date                                                        Gail Shifman
16                                                             Counsel for defendant Kautzman

17
   03-07-08                                                    /s/
18 Date                                                        John Hemann
                                                               Counsel for defendant Matthews
19
   03-07-08                                                    /s/
20
   Date                                                        Laura Robinson
21                                                             Counsel for defendant Enriquez

22
   03-07-08                                                    /s/
23 Date                                                        Mark Goldrosen
                                                               Counsel for defendant Reyes
24

25 03-07-08                                                    /s/
   Date                                                        Seth Chazin
26                                                             Counsel for defendant Williams

Stip to Continue, 07-00488 CW                2

| | | |
|---|---|---|
| 1 | | |
| 2 | 03-07-08<br>Date | /s/<br>Ismail Ramsey<br>Counsel for defendant Arnold |
| 3 | | |
| 4 | 03-07-08<br>Date | /s/<br>Diana Weiss<br>Counsel for defendant Green |

03-07-08                                                              /s/
Date                                                                   Keslie Stewart
                                                                       Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
                                                                       Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Date

Hon. Claudia Wilken
United States District Judge