UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _CR-07-00488 CW_

Defendant's Name _Tyhesia Bacon_

Defense Counsel _Richard Tamor_

Referral Date _4/23/08_

Sentencing Date _7/23/08 @ 2:00pm_

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a     _X_ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: _No_

Is defendant English-speaking? _Yes_

cc: U. S. Probation

FILED
APR 23 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA