1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CASBN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3709
7     Facsimile:  (510) 637-3724
      E-Mail:     keslie.stewart@usdoj.gov
8
9  Attorneys for Plaintiff
10
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14
   UNITED STATES OF AMERICA,        )   No. 07-488-CW
15                                  )
          Plaintiff,                )
16                                  )   NOTICE OF NOT OF RECORD
       v.                           )   COUNSEL FOR THE GOVERNMENT
17                                  )
   ANDRE MATTHEWS, ET AL,           )
18                                  )
          Defendant.                )
19                                  )

20

21     Please take notice that H.H. "Shashi" Kewalramani is not the counsel of record for the
22  government and should be removed from the case.  The Assistant United States Attorney
23  whose name, address, telephone number and e-mail address listed below is assigned to be
24  counsel for the government.
25                           KESLIE STEWART
                        Assistant United States Attorney
26                       1301 Clay Street; Suite 340S
                         Oakland, California 94612
27                       Telephone:  (510) 637-3709
                             Fax: 510/637-3724
28                    E-mail:  keslie.stewart@usdoj.gov

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

1 | The Clerk is requested to change the docket sheet and other court records so as to
2 | reflect that all orders and communications from the court will in the future be directed to
3 | AUSA Keslie Stewart at the above mailing address, telephone number, facsimile number
4 | and e-mail address.
5 |
6 |
7 | DATED: May 14, 2008              Respectfully submitted,
8 |                                  JOSEPH P. RUSSONIELLO
  |                                  United States Attorney
9 |
10 |                                        /s/
   |                                  _____
11 |                                  KESLIE STEWART
   |                                  Assistant United States Attorney

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT