JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0488 CW |
| Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM |
| v. ) | |
| TYHESIA BACON, ) | |
| Defendant. ) | |

    Consistent with paragraphs 8 and 14 of the parties' Rule 11(c)(1)(C) plea agreement, the United States recommends a sentence of three years probation with six months home detention as a condition of probation (with other conditions to be fixed by the Court); no fine; $100 special assessment; and restitution in the amount of $35,674.97 as set forth in the Probation Officer's Presentence Report.

DATED: July 22, 2008                Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        /s/
                                        KESLIE STEWART
                                        Assistant United States Attorney