1  GAIL SHIFMAN
   Shifman Group, Attorneys
2  44 Montgomery Street, Ste. 3850
   San Francisco, CA 94104
3  Tel: (415) 551-1500
   Fax: (415) 551-1502
4

5  Attorneys for Defendant
   CORY KAUTZMAN
6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8                           --oOo--
   UNITED STATES OF AMERICA,        CASE NO. CR 07-0488 CW
9
                    Plaintiff,
10                                   STIPULATION AND [PROPOSED]
       vs.                           ORDER CONTINUING SENTENCING
11                                   HEARING DATE
   CORY KAUTZMAN,
12
                    Defendants.
13
   _____/
14

15      The parties hereby stipulate that the sentencing hearing

16  date of July 23, 2008 shall be vacated and continued until August

17  13, 2008 at 2:00 p.m.

18  Dated: July 22, 2808            Dated: July 22, 2008

19      /S/                             /s/  (w/consent)
   _____   _____
20  GAIL SHIFMAN                     KESLIE STEWART
   Attorney for Defendant           Assistant U.S. Attorney
21  CORY KAUTZMAN

22
   IT IS SO ORDERED.
23
   Dated: July _____, 2008
24                                   _____
                                    CLAUDIA WILKEN
25                                   DISTRICT COURT JUDGE

26

27

28

                                                                    1