UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUL 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Lee-Anne Shortridge**
**Date: 7/23/08**

**Plaintiff:** United States

**v.**                                    No.   CR-07-00488 CW - 02

**Defendant:** Thyesia Bacon (present)


**Appearances for Plaintiff:**
Christine Wong for Keslie Steward

**Appearances for Defendant:**
Richard Tamor

**Interpreter:**


**Probation Officer:**
Brian Casai


**Speedy Trial Date:**


Hearing:   Sentencing

**Notes:**    Defendant and counsel have read PSR; no factual disputes. Court finds Offense Level 10 per plea agreement, Criminal History I, leading to a Guideline Range of 6 to 12 months.  Based on the binding plea agreement, the Court places the defendant on 3 years probation under the usual terms and conditions and with the special condition the defendant be placed on 6 months Home Detention with Electronic Monitoring and other special conditions as set forth in the PSR.  No fine imposed due to lack of ability to pay a fine and amount of restitution.  Defendant to pay restitution in the amount of $35,674.97 as set forth in the PSR.  Defendant shall pay $50 per month for the first year and $100 a month thereafter.  Defendant to pay $100 special assessment due immediately.  Any remaining counts or underlying charges are dismissed.  See J&C for details.

Copies to: Chambers