08/05/2008 11:30 AM EST

Oakland

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

FILED
AUG -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. DCAN407CR000488    US VS MATTHEWS ET AL

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | CA# | LN# | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | THYESIA BACON | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CQ 08461100441 | | 2 | PR | 100.00 | 07/28/2008 |
| 004 | ALICIA JOHNSON | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002124 | | 1 | PR | 100.00 | 04/25/2008 |
| 006 | KENYATA WILLIAMS | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002433 | | 1 | PR | 100.00 | 07/23/2008 |
| 007 | ASHAKI GREEN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002048 | | 1 | PR | 25.00 | 04/09/2008 |
| 010 | DANIELLE REYES | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002430 | | 1 | PR | 100.00 | 07/23/2008 |

Division Payment Total    425.00

Grand Total    425.00

$ 100.00  SPECIAL ASSESSMENT   on 7/28/08
         PAID IN FULL